UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIPPI TOES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:26-CV-3705-X |
| | § | |
| CHRISTIANA COFFEY and CC's CIRCUS LLC, | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Plaintiff Tippi Toes, Inc.'s motion for temporary restraining order and preliminary injunction. (Doc. 4). The Court **DENIES WITHOUT PREJUDICE** this motion.

Tippi Toes brings breach of contract and tortious interference claims against its former franchisee, Christiana Coffey, and her business, CC's Circus, LLC. Tippi Toes alleges that the defendants violated "non-competition, non-solicitation, and confidentiality covenants restricting [the defendants] from competing with Tippi Toes or diverting its customers during and after the franchise relationship."[1] It further alleges that Coffee formed a competing business (Wee Wonder) while still franchising with Tippi Toes and diverted customers to Wee Wonder and another business.[2]

In response, the defendants deny all allegations, assert that Coffey does not own or operate Wee Wonder, and note that Tippi Toes already unsuccessfully sought

[1] Doc. 4 at 2.

[2] *See id.*

a temporary restraining order in state court last month.[3] They further argue that this temporary restraining order will harm their legitimate business interests.

A temporary restraining order is an extraordinary remedy that "preserves the status quo and prevents irreparable harm just so long as is necessary to hold a hearing, and no longer."[4] The movant must establish four elements: "(1) a substantial likelihood of success on the merits; (2) a substantial threat that it will suffer irreparable injury absent the injunction; (3) that the threatened injury outweighs any harm the injunction might cause the defendants; and (4) that the injunction will not impair the public interest."[5]

Tippi Toes may ultimately recover damages for its alleged breach of contract and tortious interference claims, so Tippi Toes has not shown irreparable harm.[6] Accordingly, the Court declines to issue a temporary restraining order and **DENIES WITHOUT PREJUDICE** Tippi Toes's motion.

**IT IS SO ORDERED** this 27th day of October, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[3] *See* Doc. 10.

[4] *Comput. Scis. Corp. v. Tata Consultancy Servs. Ltd.*, 2019 WL 2058772, at *2 (N.D. Tex. May 9, 2019) (Lindsay, J.) (cleaned up) (quoting *Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers Loc. No. 70 of Alameda Cnty.*, 415 U.S. 423, 439 (1974)).

[5] *Enrique Bernat F., S.A. v. Guadalajara, Inc.*, 210 F.3d 439, 442 (5th Cir. 2000).

[6] *See Util. Constr. Services, LLC v. Walters*, No. 3:24-CV-2257-X, 2024 WL 6831052, at *1 (N.D. Tex. Oct. 31, 2024) (Starr, J.).